**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 3:96CR90LS** |
| **MARCUS D. LENOIR** | **DEFENDANT** |
| **FRIERSON-BAILEY LUMBER AND SUPPLY COMPANY** | **GARNISHEE** |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 6, 2006, stating that, at the time of the service of the writ, it had in his possession, or under control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant. On June 13, 2006, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS, THEREFORE, ORDERED that Garnishee withhold twenty five percent (25%) of Defendant's disposable earnings and forward said payments to Plaintiff until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS SO ORDERED this 10th day of July, 2006.

                                                           S/James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE